# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

BRIAN P. EGAN
(302) 351-9454
began@morrisnichols.com

May 16, 2024

The Honorable Maryellen Noreika                    *VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re:     *Boston Dynamics, Inc. v. Ghost Robotics Corp.,* C.A. No. 24-184 (MN) (D. Del.)

Dear Judge Noreika:

Pursuant to Your Honor's April 16, 2024 Oral Order (D.I. 16), the parties hereby submit the enclosed [Proposed] Scheduling Order.

The parties currently dispute only one provision, which is the length of trial set forth in Paragraph 20. Plaintiff Boston Dynamics requests that the Court set a 5-day jury trial, which is consistent with the length of time set aside for similarly complex patent jury trials in this District, including in related Civil Action No. 22-1483-MN, and is sufficient for the parties to fully present to the jury their multiple causes of action and defenses in this case. The fact that fewer patents are currently asserted in this proceeding than in the parties' related proceeding does not mean that less time is needed to try the parties' respective claims and defenses. Defendant Ghost Robotics instead requests a four-day trial because the first litigation involves seven patents, and the instant litigation involves only four. Ghost therefore believes a four-day trial will be sufficient.

The parties further highlight one substantive revision to the Court's form scheduling order, which is the parties' agreement in Paragraph 15 and footnote 1 to allow three weeks for summary judgment opposition briefs.

The parties do not believe a scheduling conference is necessary and defer to the Court's preference in resolving the dispute concerning the length of trial. We appreciate Your Honor's attention to this matter.

The Honorable Maryellen Noreika
May 16, 2024
Page 2

Respectfully,

*/s/ Brian P. Egan*

Brian P. Egan (#6227)

BPE/bac
Enclosure

cc:    Clerk of the Court (via hand delivery; w/enclosure)
       All Counsel of Record (via electronic mail; w/enclosures)