IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BOSTON DYNAMICS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-184 (MN) ) |
| GHOST ROBOTICS CORPORATION, | ) ) ) |
| Defendant. | ) ) |

**STIPULATION AND ORDER TO AMEND COMPLAINT AND TO EXTEND TIME**

WHEREAS Plaintiff Boston Dynamics, Inc. ("Boston Dynamics") filed its initial Complaint in this action on February 12, 2024, asserting that Defendant Ghost Robotics Corporation ("Ghost Robotics") infringes four asserted patents—U.S. Patent Nos. 9,594,377, 9,908,240, 9,789,611, and 11,287,819—by making, using, offering for sale, selling, and/or importing into the United States the Vision 60 and Spirit 40 products (D.I. 1);

WHEREAS Plaintiff Boston Dynamics, Inc. ("Boston Dynamics") seeks to amend its Complaint to add a claim for infringement of U.S. Patent No. 11,752,645 (the "'645 patent");

WHEREAS, on July 8, 2024, the Court entered the parties' Protective Order, which allows for the cross-use of confidential discovery produced in Civ. Action No. 1:22-cv-01483-MN (the "First Action"), a related case in which Boston Dynamics similarly alleges that Ghost Robotics infringes on Boston Dynamics' patents by making, using, offering for sale, selling, and/or importing into the United States the Vision 60 and Spirit 40 products (D.I. 28);

WHEREAS, through discovery in the First Action, Boston Dynamics obtained certain confidential information related to the technical aspects of Ghost Robotics' Vision 60 products that Boston Dynamics wishes to reference in an Amended Complaint with respect to the '645 patent;

WHEREAS Boston Dynamics' proposed amendment to the Complaint is timely under the Scheduling Order entered by the Court (D.I. 18);

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendant Ghost Robotics Corporation ("Ghost Robotics") consents to this amendment without waiver of Ghost Robotics' right to answer, move, or otherwise respond to the Amended Complaint;

WHEREAS, pursuant to D. Del. Local Rule 15.1, Boston Dynamics' proposed Amended Complaint is attached as Exhibit 1, and a redline showing the changes from the pleading it seeks to amend is attached as Exhibit 2;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the Amended Complaint attached as Exhibit 1 shall be entered on the docket in this case and deemed filed and served upon entry of this stipulation;

IT IS FURTHER STIPULATED by the parties, subject to the approval of the Court, that the deadline for Ghost Robotics to answer, move, or otherwise respond to Boston Dynamics' Amended Complaint is extended to **44 days** from the date of this Stipulation;

IT IS FURTHER STIPULATED by the parties, subject to the approval of the Court, that the deadline for Boston Dynamics to identify the accused product(s), including accused methods and systems, and Boston Dynamics' damages model, for the '645 patent, and to produce the file history for the '645 patent, is extended to **58 days** from the date of this Stipulation;

IT IS FURTHER STIPULATED by the parties, subject to the approval of the Court, that the deadline for Ghost Robotics to produce core technical documents related to the accused product(s), sufficient to show how the accused product(s) work(s), including but not limited to non-publicly available operation manuals, product literature, schematics, and specifications, and

to produce sales figures for the accused product(s) with respect to the '645 patent is extended to

**72 days** from the date of this Stipulation.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| */s/ Cameron P. Clark* | */s/ Andrew E. Russell* |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (#4489) |
| Brian P. Egan (#6227) | Andrew E. Russell (#5382) |
| Cameron P. Clark (#6647) | Nathan R. Hoeschen (#6232) |
| 1201 North Market Street | Emily S. DiBenedetto (#6779) |
| P.O. Box 1347 | I.M. Pei Building |
| Wilmington, DE  19899 | 1105 North Market Street, 12th Floor |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@morrisnichols.com | (302) 298-0700 |
| began@morrisnichols.com | kkeller@shawkeller.com |
| cclark@morrisnichols.com | arussell@shawkeller.com |
| | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff Boston Dynamics, Inc.* | edibenedetto@shawkeller.com |
| | *Attorneys for Defendant Ghost Robotics Corporation* |

July 25, 2024

    SO ORDERED this 26th day of July 2024.

_____
The Honorable Maryellen Noreika
United States District Judge